BAUGH *v.* THE STATE.

APPEAL from the *Bartholomew* Court of Common Pleas.

PERKINS, J.—Information for keeping a nuisance.

It is contended that there is no statute on which the information can rest. *Ingersoll* v. *The State*, 11 Ind. R. 464, decides otherwise.

The information charges that "on the first of *March*, 1857, at, &c., *Michael Baugh* erected, and continually from thence hitherto, continued, maintained, and kept," &c.

It is insisted that the Court erred in permitting any evidence of the existence of the nuisance, except on the said first day of *March*. This is frivolous. The information,

Nov. Term, 1859.

THE INDIAN-
APOLIS, &c.,
RAILRO'D Co.
v.
MEANS.

to the common understanding, plainly enough charges a continuous nuisance. The word "has" may be supplied, if the counsel thinks it will make the pleading more certain.

*Per Curiam.*—The judgment is affirmed with costs.

*R. Hill*, for the appellant.